83,295-01

Clerk: Abel Acosta / COURT

I'm writing to inform the Court that I made a mistake in sending my writ of Habeas Corpus to the 140th district Court prematurly believing that the mandate was to be issue to finalize extension of PDR 4·25·15, when in fact it was 5·25·15. Please forgive me for this error and any inconvenience that may have resulted from this. I now understand there is an order of jurisdiction that must be respected, and I'm requesting humbly that this Court please issue mandate, and whatever it deems Just concerning Tr.ct.NO.2013-437,916-A WR-83,295-01.

THANK YOU

6·15·15
DATE

#1880255
CHRISTOPHER
BRANTLEY...
Connally unit
899 Fm 632
Kenedy, Tx 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk